UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-265-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LARRY D. HILL, JR. | ) | |

On 6 June 2016, defendant entered a plea of not guilty, and the court held a hearing on defense counsel's motion to withdraw. As stated in open court, the motion to withdraw is DENIED, the motion to continue is GRANTED, and defendant's *pro* se motion is DENIED WITHOUT PREJUDICE. The trial is CONTINUED to 11 July 2016. Because defense counsel needs additional time to prepare, the court finds the ends of justice served by granting of this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 7 June 2016.

_____
W. Earl Britt
Senior U.S. District Judge