IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CRIMINAL NO. 5:15-CR-265-1BR
CIVIL NO. 5:17-CV-67-BR

LARRY D. HILL, JR., )
)
    Petitioner, )
) ORDER
v. )
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

The papers in the above captioned matter are hereby returned to you for failure to comply with our Local Rules of Practice and Procedure. The papers are deficient in the following respects:

(X)    The filing entitled "Memorandum to Support Motion (2255)" was not signed or did not have an original signature.

( )    Other:

Petitioner is DIRECTED to correct the deficiencies listed above and return the corrected papers within twenty-one (21) days from the filing of this order. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED, this 14 day of February, 2017.

James E. Gates
United States Magistrate Judge